**Order entered February 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01554-CV

**WALTER S. MITCHELL III, Appellant**

**V.**

**DALLAS COUNTY ET AL, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-02171**

## ORDER

We **GRANT** appellant's February 15, 2013 third request for an extension of time to file a brief **TO THE EXTENT** that appellant shall file his brief on or before **March 14, 2013**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     CAROLYN WRIGHT
           CHIEF JUSTICE